FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 DEC 26 PM 4:21
CLERK _CAlars_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MICHAEL JEROME WHITE, Executor of the Estate of David E. White Sr., deceased,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

CV 118-180

## O R D E R

Before the Court is Defendant United States of America's motion to stay. (Doc. 6.) On December 21, 2018, appropriations for funding the Department of Justice ("DOJ") and other Federal Government operations lapsed causing a partial government shutdown. Because the DOJ is prohibited from engaging in its duties — including litigation activities — without appropriations, see 31 U.S.C. §§ 1341(a)(1)(B), 1342, Defendant seeks a stay of this action and an extension of all deadlines. Upon due consideration, Defendant's motion to stay (Doc. 6) is **GRANTED**. This case is hereby **STAYED** until the DOJ's funding is restored, and all pending deadlines in this matter, if any, are extended for the same number of days as the DOJ's lapse in funding.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA